```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-28-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYC TRUCKING CORPORATION *doing business as* NYC PRODUCE,

      Plaintiff,

  v.

MANNA LEXINGTON AVENUE LLC *doing business as* GINA LA FORNARINA, MANNA MADISON AVENUE LLC *doing business as* GINA LA FORNARINA, MANNA PARC 61 LLC *doing business as* GINA MEXICANA, AND PAOLA PEDRIGNANI *individually and in any corporate capacity*,

      Defendants.

20-CV-6816 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. It is hereby:

  ORDERED that Plaintiff shall notify the Court within five (5) days of effecting service on all Defendants. Plaintiff shall also file affidavits on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: August 28, 2020
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge