UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYC TRUCKING CORPORATION, | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** 11-6-20 |

NYC TRUCKING CORPORATION,

                    Plaintiff,

      v.

MANNA LEXINGTON AVENUE, LLC, *et al.*,

                    Defendants.

20-CV-6816 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed at today's conference, no later than Friday, November 13, the parties shall submit a joint letter (1) stating the parties' positions with respect to the jurisdictional issue raised by counsel for Defendants; and (2) stating whether the parties would like a referral to Magistrate Judge Wang for a settlement conference, or alternatively to the Southern District's mediation program. The parties shall also submit a proposed case management plan with adjusted deadlines for discovery.

SO ORDERED.

Dated:    November 6, 2020
            New York, New York

                                                RONNIE ABRAMS
                                              United States District Judge