UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYC TRUCKING CORPORATION,

                Plaintiff,

        v.

MANNA LEXINGTON AVENUE, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/08/2021

20-CV-6816 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Per the Court's May 4, 2021 order, *see* Dkt. 37, a status update was due within two weeks of the parties' settlement conference before Judge Wang. The Court understands that such a conference was held more than two weeks ago and that parties did not reach a settlement. No later than October 22, 2021, the parties are directed to file a status update proposing next steps in this litigation.

SO ORDERED.

Dated:    October 8, 2021
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge