```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYC TRUCKING CORP.,

                Plaintiff,

v.

MANNA LEXINGTON AVENUE, et al.,

                Defendants.

20-CV-6816 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The settlement conference in this matter scheduled before Judge Abrams for this Friday, November 19, 2021, is adjourned to December 3, 2021, at 10:00 a.m. The conference will be held via videoconference on Microsoft Teams. The Court will email the parties a link to join the meeting in advance of the conference.

    By November 24, 2021, each party shall submit an *ex parte* settlement letter by email to Abrams_NYSDChambers@nysd.uscourts.gov. The letter must not exceed five pages, and should include: (1) the history of settlement negotiations, including any prior offers or demands, which are strongly encouraged before the conference; (2) the party's evaluation of the settlement value of the case and the rationale for that value; and (3) any other facts that would be helpful to the Court. Counsel shall also submit with their *ex parte* letters the attached Attendance Acknowledgement Form. The parties themselves are required to attend the settlement conference, and corporate entities must send the person with decision-making authority.

    At the outset of the conference, each attorney should be prepared to make a brief presentation in the presence of opposing counsel and the parties, summarizing the party's interest in resolving the litigation. Following the presentations, the Court will allow counsel to respond to points made by the opposing counsel and, if appropriate, to pose constructive questions. Clients

may also speak if that is desired. After the parties have made their brief presentations, the Court will meet separately with each party. In these private meetings, the parties and their counsel should be prepared to discuss their position on settlement, the reasons for their position, the amount of attorneys' fees and litigation expenses incurred to date, and an estimate of the remaining cost of litigating the case to judgment, including any appeal.

SO ORDERED.

Dated:   November 16, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER:** _____

I represent the ☐ Plaintiff   ☐ Defendant

☐ I acknowledge that I am attending a video settlement conference
on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.
_____
_____
_____

☐ I acknowledge that my client, and any other relevant decision makers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:
_____
_____
_____

☐ I have obtained permission from the Court to allow the following individual(s) who live(s) more than 100 miles from New York City to participate in the conference by telephone.

Name and title:
_____
_____
_____

_____        _____
Signature                                                          Date

_____
Name (print)

_____
Firm Name