USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYC TRUCKING CORP.,

                Plaintiff,

v.

MANNA LEXINGTON AVENUE, et al.,

                Defendants.

20-CV-6816 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The settlement conference held before the Court today was successful. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made by July 31, 2022. Any application to reopen this action must be filed on or before July 31, 2022, and any application filed thereafter may be denied solely on that basis. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   December 3, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge